# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RYAN TOWNE,**

        **Plaintiff,**    :

  v.                                  **Case No. 2:21-cv-2990**
                                             **Judge Sarah D. Morrison**
                                             **Magistrate Judge Chelsey M.**
**BENEFYTT TECHNOLOGIES,**        **Vascura**
**INC.,** *et al.*,                                 :

        **Defendant.**

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on August 16, 2021. (ECF No. 23.) The time for filing objections has passed, and no objections have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DENIES** Plaintiff's Motion to Remand (ECF No. 7).

    **IT IS SO ORDERED.**

                                                   /s/ Sarah D. Morrison
                                                   **SARAH D. MORRISON**
                                                   **UNITED STATES DISTRICT JUDGE**